Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of **Nebraska**

_____ Division

| | |
|---|---|
| Russell T Perry II <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br><br> Experian Credit Bureau <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 8:23CV125

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAR 30 PM 1: 55
OFFICE OF THE CLERK

RECEIVED
MAR 30 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Russell T Perry II |
| Street Address | 4825 S 139th Plaza #613 |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska, 68137 |
| Telephone Number | 531-270-6898 |
| E-mail Address | RussellPerry4020@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                Experia Credit Bureau

Job or Title *(if known)*

Street Address                      475 Anton Blvd Costa Mesa

City and County                     Costa Mesa, LA

State and Zip Code                  California, 92626

Telephone Number                    1-888-661-5657

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

R.1.l                        *Diversity of citizenship*

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① ② ③
F.C.R.A - Breach of contract - Discrimination

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Russell .T. Perry II , is a citizen of the State of *(name)* Nebraska .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* **Experia Credit Bureau**, is incorporated under

the laws of the State of *(name)* **Nebraska**                    , and has its

principal place of business in the State of *(name)* **United States**        .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$5 million**

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Russell T Perry II have been a victim of Identity theft since 2015. Credit bureus have been verying inaccurate information on me since 2015 messing up my life and my family as well. I have lost job & more

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to conpesated for violatione of my F.C.R.A. Rights and or will be held to the court of Law. I have Prooff!!!

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03-30-23

Signature of Plaintiff

Printed Name of Plaintiff    Russell T. Perry II

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

I have been a victim of Identity theft since 2015 Experian in other companies has been violating my F.C.R.A. rights and I have been disputing the fraud on my reports from different companies since 2022 no results. Experian published fraud on my credit reports for a total of 7 years from 2015 to 2021 with a cox account that was opened from a Russell Scoot Brown 04/22/1996 without my permission and knowledge violating my F.C.R.A rights verifying the information and tarnishing my name and character. I have lost jobs,homes,cars 7 ETC due to this false information being verified by the credit bureaus and other companies. I have now been mixed up with Russell scott brown criminal record making it show up as im a felon when applying for jobs and homes. I was also told from background checks that I'm x3 time felon and I have never been convicted of any crime in my life again making it difficult to provide for my family and also prove my innocence. I am suing Experian due to the lack of breach of contract and violations of my rights. I have multiple items  of proof and witnesses to prove and will testify for my innocence and I want to be compensated for the amount of 5 million dollars for the pain & suffering that Experian has caused me over this false information they allowed to be published without my consent.